IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO

JOSHUA MORRIS and
AMANDA MORRIS,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　Case No. 2:15-cv-2296

THE ESTATE OF MICHAEL M.
VAUGHN; TRI-STATE WIRELINE,
LLC; and GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Defendants.

## AGREED DISMISSAL ORDER

NOW COME, the parties, by counsel, and represent to the Court that all claims of the Plaintiff against The Estate of Michael M. Vaughn, all claims of the Plaintiff against Tri-State Wireline, LLC, and all claims of the Plaintiff against Government Employees Insurance Company have been settled and compromised. Having been so advised, this Court dismisses this action, with prejudice, as against The Estate of Michael M. Vaughn, Tri-State Wireline, LLC and Government Employees Insurance Company. Accordingly, this matter is dismissed in its entirety and shall be stricken from this Court's active Docket. All parties are responsible for their own attorney's fees and costs associated with this matter.

The Clerk is DIRECTED to send a certified copy of this Order to all counsel of record. It is so ORDERED.

Dated this __9th__ day of __December__, 2015.

                                              /s/ GREGORY L. FROST
                                              Honorable Judge Gregory L. Frost

**Approved by:**

/s/ Denise D. Pentino
Denise D. Pentino, Esq. (Atty. Reg. No. 0064597)
Dinsmore & Shohl, LLP
Bennett Square
2100 Market Street
Wheeling, WV 26003
*Counsel for Tri-State Wireline, LLC*


/s/ Michael Edward Nogay
Michael Edward Nogay, Esq. (Atty. Reg. No. 0009393)
SELLITTI, NOGAY & McCUNE, PLLC
P.O. Box 3095
Weirton, WV 26062
*Counsel for Plaintiffs*


/s/ Daniel P. Whitehead
Daniel P. Whitehead, Esq.(Atty. Reg. No. 0070123)
2550 Corporate Exchange Drive, Suite 222
Columbus, OH 43231
*Counsel for Government Employees Insurance Company*


/s/ Andrew D. Webster
Andrew D Webster  (Atty. Reg. No. 0082137)
Pion, Johnston, Nerone, Girman, Clements & Smith, P.C.
1500 One Gateway Center
Pittsburgh, PA 15222
*Counsel for the Estate of Michael Vaughn*